IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

ALEX FODAY and FRED BERRIOS, individually and on behalf of all others similarly situated,,

Plaintiff(s),

v.

ROMAN CHMIEL, and
TERESA KAMINSKA,,

Defendant(s).

Case No. 15-cv-10205
Judge Dow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) ROMAN CHMIEL, and TERESA KAMINSKA,
and against plaintiff(s) ALEX FODAY and FRED BERRIOS.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Robert M. Dow on a motion

Date: 8/20/2018                    Thomas G. Bruton, Clerk of Court

Carolyn Hoesly, Deputy Clerk